UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 23-20485-CR-DAMIAN

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**CARLOS ALBERTO DE LA CRUZ-RAMON**,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION ON CHANGE OF PLEA [ECF NO. 32]

THIS CAUSE came before the Court on Magistrate Judge Eduardo I. Sanchez's Report and Recommendation on Change of Plea, entered on September 22, 2025 [ECF No. 32].

THIS COURT has reviewed Judge Sanchez's Report and Recommendations and the pertinent portions of the record, including the Government's Notice of Non-Objection, filed on September 23, 2025 [ECF No. 34], and the Defendant's Notice of Non-Objection, filed on September 24, 2025 [ECF No. 35], and, being fully advised, it is

**ORDERED AND ADJUDGED** that the Report **[ECF No. 32]** is **AFFIRMED AND ADOPTED**. Defendant, Carlos Alberto De La Cruz-Ramon's, change of plea is accepted, and Defendant is adjudicated guilty as to Count 1 of the Indictment.

A Sentencing Hearing will be set by separate Order.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 26th day of September, 2025.

                                                           _____
                                                           **MELISSA DAMIAN**
                                                           **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record
       Magistrate Judge Eduardo I. Sanchez